ATALANTA, The, (BRAY v.) See Case No. 1,819.

---

## Case No. 598.

### The ATHALIA.

### FRAW et al. v. The ATHALIA.

[5 Adm. Rec. 295.]

District Court, S. D. Florida. Nov. 2, 1854.

SALVAGE—COMPENSATION—APPORTIONMENT.

[Seven large wrecking vessels and several small boats, carrying in all 78 men, went to the assistance of a schooner which had run ashore on a Florida reef. All were employed to assist in saving the schooner and cargo, and spent four days (during which the sea was rough, and the schooner became a total loss) in saving and bringing into port the cargo, a portion of which they got by diving; and the aggregate value of the cargo and materials saved was $41,756.41, of which the large vessels saved $41,451.84. Held, that the large vessels should be allowed a salvage compensation of 30 per cent. of the value of. the property saved by them, less costs and charges, and that the small boats should receive 50 per cent. of what they saved.]

[Cited in Baker v. Cargo and Materials of The Slobodna, 35 Fed. 542.]

[In admiralty. Libel by Simeon Fraw and others against the cargo and materials of the schooner Athalia for salvage. Decree for libelants.]

Winer Bethel, for libelants.
William R. Hackley, for respondent.

MARVIN, District Judge. This schooner, (Welton, master,) laden with an assorted cargo, and bound from New York to Appalachicola, on the night of the 19th of September last, ran ashore on that part of the Florida reef known as the "Western Dry Rocks," situated a few miles west of Sand Key. On the morning of the 20th the wreck ing vessels Florida, Dart, Champion, Texas Chesnut, Champlin, and Lafayette, carryin in all seventy-eight men, arrived at her a sistance; and, the sea being rough, and th vessel badly ashore, and in immediate per of total loss, they were at once all employe to assist to save the vessel and cargo. Th vessel lay on the outside of the reef, expose to the action of the sea, in eight and six fee water, her starboard bilge pressing on : rock lying nearly underneath her mai chains. When the wreckers boarded he she was leaking considerably, but still on pump could keep her free. They immediat ly carried out an anchor by which to heav her off; and, as the water was too shallo to allow any of their vessels to come along side, they commenced boating cargo o board their vessels. The leak increased i a short time, so that two pumps could no keep her free; and, about five o'clock in th afternoon, she filled with water, careene over on her starboard side, and appeare to be bilged. She became a total loss. Th wreckers took out the cargo, a portion o which, they got by diving, and brought it to this port. They were employed in this service four days. During a considerable part of the time, the weather was squally, and the sea rough. The entire cargo and materials were boated on board their vessels. The aggregate amount of the value of the cargo saved is $40,771.83, and the value of the materials is $984.58, making $41,756.41, as the entire value of the property saved. Of this sum the seven large vessels saved $41,451.84. Thirty per cent. of this sum, less the costs and charges, is a reasonable salvage for these vessels and crews, and fifty per cent. to the small boats.

---

ATHENS ARMORY, (UNITED STATES v.) See Case No. 14.473.

ATHERTON, (PATTERSON v.) See Case No. 10,822.

---

## Case No. 599.

### ATHON v. MORTON et al.

Circuit Court, D. Indiana. Nov. Term, 1864.

[Cited in McCormick v. Humphrey, 27 Ind. 151. Nowhere reported. The clerk of the court writes under date August 2, 1892, that "no opinion or charge is on file" with the papers in the case, and, further, that the "suit was brought by Athon against Morton, governor of Indiana, and others, to enforce payment of $1, which Athon claimed was his fee as secretary of state of Indiana, for each commission issued to Indiana officers by the governor,— in all $20,000." The plea was that the commissions were issued to officers in United States service, and the law governing state militia did not apply. The case was dismissed for want of jurisdiction.]